**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DAYLIGHT FOODS, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 3:17-cv-00289-N |
| | § | |
| v. | § | |
| | § | |
| CM EBAR, LLC, AKASH BHAKTA, and RONAK PARIKH, | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

---

**MOTION FOR ENTRY OF DEFAULT JUDGMENT INSTANTER AGAINST DEFENDANTS CM EBAR, LLC AND AKASH BHAKTA**

---

Plaintiff, Daylight Foods, Inc. ("Daylight"), moves the Court to enter judgments by default against Defendants, CM Ebar, LLC ("Ebar"), and Akash Bhakta ("Bhakta"), for failure to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(b) as follows: 1) in favor of Daylight and against Ebar in the principal amount of $41,538.19, plus plus post-judgment interest and the costs of this action; and 2) in favor of Daylight and against Ebar and Bhakta, jointly and severally, in the amount of $11,281.74, representing Plaintiff's reasonable attorney's fees and expenses incurred in enforcing Daylight's trust rights under the Perishable Agricultural Commodities Act, 7 U.S.C. 499e(c) ("PACA"), plus post-judgment interest. In support of its motion, Plaintiff relies on the Summons Returned Executed [Docs. 17 and 18], the Declarations of Paul Jennings and Plaintiff's counsel, and the Memorandum in Support filed herewith.

The grounds for Plaintiff's motion are as follows:

1. On January 31, 2017, Plaintiff filed its Complaint against the defendants [Doc. 1].

2. On February 8, 2017, Defendant Akash Bhakta, in his individual capacity, was properly served with true and correct copies of the Summons and Complaint [Doc. 17].

3. On February 10, 2017, Defendant CM Ebar, LLC, was properly served with true and correct copies of the Summons and Complaint [Doc. 18].

4. Defendant Akash Bhakta was required to respond to the Complaint within twenty-one (21) days after service, or by March 1, 2017.

5. Defendant CM Ebar, LLC was required to respond to the Complaint within twenty-one (21) days after service, or by March 3, 2017.

6. The time during which Defendants Akash Bhakta and CM Ebar, LLC might answer or otherwise plead or defend in this matter expired, and Defendants failed to file answers or otherwise plead or defend in violation of Fed. R. Civ. P. 12.

7. Defendants paid the principal amount of $111,806.35 due Plaintiff for perishable agricultural commodities on February 20, 2017 in order to obtain the release of the Temporary Restraining Order entered on February 2, 2017. However, no payment was made or resolution reached on the non-produce debt due to Plaintiff totaling $41,538.19. In addition, as explained in the Memorandum of Law in Support filed herewith, Plaintiff is entitled to an award of reasonable attorneys' fees incurred as part of its PACA trust claim against Defendants Akash Bhakta and CM Ebar, LLC.

WHEREFORE, based on the foregoing, Plaintiff requests the entry of a default judgment for failure to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(b) against Defendant CM Ebar, LLC in favor of Plaintiff, in the principal amount of $41,538.19, plus post-judgment interest and costs, and the entry of a default judgment for failure to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(b) against Defendant CM Ebar, LLC

and Akash Bhakta, jointly and severally, in favor of Plaintiff, in the principal amount of $11,281.74, plus post-judgment interest.

Dated: March 14, 2017

Respectfully submitted,

**SHERMAN & YAQUINTO, L.L.P.**

By: /s/ Robert Yaquinto, Jr.
Robert Yaquinto, Jr.
Texas Bar Number 22115750
509 N. Montclair Avenue
Dallas, Texas 75208-5450
Telephone: (214) 942-5502
rob@syllp.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record this 14th day of March, 2017 via the Court's CM/ECF system, and via first-class mail on the following:

Akash Bhakta
CM Ebar, LLC
18900 Dallas Parkway, Ste. 125
Dallas, TX 75287

/s/ Robert Yaquinto, Jr.
Robert Yaquinto, Jr.