**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DAYLIGHT FOODS, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 3:17-cv-00289-N |
| | § | |
| v. | § | |
| | § | |
| CM EBAR, LLC, AKASH BHAKTA, | § | |
| and RONAK PARIKH, | § | |
| | § | |
| Defendants. | § | |
| | § | |

---

**STIPULATION TO ENTRY OF ORDER AND JUDGMENT**

---

Plaintiff, Daylight Foods, Inc., and Defendants, CM Ebar, LLC and Akash Bhakta, by and through counsel, hereby stipulate and agree to settle this matter on the terms set forth below, and to entry of the proposed Order and Judgment submitted herewith:

1. Plaintiff, Daylight Foods, Inc., is a trust creditor under the provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c) ("PACA"), against Defendant, CM Ebar, LLC and Akash Bhakta, jointly and severally, on a debt for reasonable attorneys' fees and costs incurred herein in the amount of $11,281.74 (the "PACA Debt").

2. Defendant Akash Bhakta shall pay to Daylight Foods, Inc. via wire transfer to McCarron & Diess Trust Account, the amount of $11,281.74 on or before April 10, 2017, with Plaintiff to provide a full release to Defendant Akash Bhakta of the PACA Debt and

to file a Notice of Dismissal With Prejudice as to Defendant Akash Bhakta only, upon receipt of the aforesaid $11,281.74.

3. Should Defendant Akash Bhakta default in paying the PACA Debt in full on or before April 10, 2017, then upon the filing of a Declaration from Plaintiff's counsel attesting to the default with a copy thereof to Defendants' counsel, Plaintiff shall be entitled to seek entry of judgment against Defendants CM Ebar, LLC and Akash Bhakta, jointly and severally, for the full amount of the PACA Debt remaining unpaid.

4. The parties agree to the entry of judgment in favor of Plaintiff and against Defendant, CM Ebar, LLC, in the amount of $41,538.19, with post-judgment interest and costs, ***provided that*** no execution shall issue upon the judgment nor shall Plaintiff take any action to collect or enforce the judgment, including but not limited to recording, abstracting, or causing the issuance of writs or other process to enforce collection of the judgment, so long as Defendant CM Ebar LLC pays Plaintiff the outstanding judgment as follows: $9,750.00 on or before May 10, 2017, by wire transfer to McCarron & Diess Trust Account; and $9,750.00 by the 10th of each month thereafter by wire transfer to McCarron & Diess Trust Account, until the balance due of $41,538.19 is paid in full.

5. In the event the Defendant CM Ebar, LLC fails to make any monthly payment as provided hereunder, upon the filing of a Declaration as to such default by Plaintiff with the Court with a copy thereof to Defendants, it is agreed the Court shall immediately enter an Order Lifting the Stay of Execution on the judgment against CM Ebar, LLC in the amount of $41,538.19.

6. Upon receipt of the final payment due from Defendant CM Ebar, LLC, Plaintiff's attorneys shall file a Notice of Satisfaction of Judgment with the Court.

**IT IS SO STIPULATED.**

Dated this 7th day of April, 2017.

By: /s/ Robert Yaquinto, Jr.
Robert Yaquinto, Jr.
Texas Bar Number 22115750
Sherman & Yaquinto, L.L.P.
509 N. Montclair Avenue
Dallas, Texas 75208-5450
Telephone: (214) 942-5502
rob@syllp.com
Counsel for Plaintiff

By: /s/ Jeffery Wells
Jeffery Wells
Texas Bar Number 24056511
Chalak Mitra Group of Companies
18900 Dallas Parkway, Ste. 125
Dallas, Texas 75287
Telephone: (972) 996-4032 x 364
Jeffery.wells@chalakmitragroup.com
Counsel for Defendant