**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DAYLIGHT FOODS, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 3:17-cv-00289-N |
| | § | |
| v. | § | |
| | § | |
| CM EBAR, LLC, AKASH BHAKTA, and RONAK PARIKH, | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT AKASH BHAKTA**

---

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Daylight Foods, Inc., hereby voluntarily dismisses this action without prejudice as to Defendant, Akash Bhakta, only.

Dated: April 10, 2017

Respectfully submitted,

**SHERMAN & YAQUINTO, L.L.P.**

By: /s/ Robert Yaquinto, Jr.
Robert Yaquinto, Jr.
Texas Bar Number 22115750
509 N. Montclair Avenue
Dallas, Texas 75208-5450
Telephone: (214) 942-5502
rob@syllp.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record this 10th day of April, 2017 via the Court's CM/ECF system, and via first-class mail on the following:

Akash Bhakta
CM Ebar, LLC
18900 Dallas Parkway, Ste. 125
Dallas, TX 75287

/s/ Robert Yaquinto, Jr.
Robert Yaquinto, Jr.