**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DAYLIGHT FOODS, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 3:17-cv-00289-N |
| | § | |
| v. | § | |
| | § | |
| CM EBAR, LLC, AKASH BHAKTA, and RONAK PARIKH, | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER AND JUDGMENT

Upon consideration of the parties' Stipulation to Entry of Order and Judgment, it is hereby,

**ORDERED** that Plaintiff, Daylight Foods, Inc., is a trust creditor under the provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c) ("PACA"), against Defendant, CM Ebar, LLC and Akash Bhakta, jointly and severally, on a debt for reasonable attorneys' fees and costs incurred herein in the amount of $11,281.74 (the "PACA Debt"), and it is further,

**ORDERED** that Defendant Akash Bhakta shall pay to Daylight Foods, Inc. via wire transfer to McCarron & Diess Trust Account, the amount of $11,281.74 on or before April 10, 2017, with Plaintiff to provide a full release to Defendant Akash Bhakta of the PACA Debt and to file a Notice of Dismissal With Prejudice as to Defendant Akash Bhakta only, upon receipt of the aforesaid $11,281.74; and it is further,

**ORDERED**, that should Defendant Akash Bhakta default in paying the PACA Debt in full on or before April 10, 2017, then upon the filing of a Declaration from Plaintiff's counsel attesting to the default with a copy thereof to Defendants' counsel, Plaintiff shall be entitled to seek entry of judgment against Defendants CM Ebar, LLC and Akash Bhakta, jointly and severally, for the full amount of the PACA Debt remaining unpaid; and it is further,

**ORDERED** that judgment be, and it is hereby entered in favor of Plaintiff and against Defendant, CM Ebar, LLC, in the amount of $41,538.19, with post-judgment interest and costs, and it is further,

**ORDERED** that no execution shall issue upon this Order and Judgment nor shall Plaintiff take any action to collect or enforce the Order and Judgment, other than as provided above regarding payment of the PACA Debt, including but not limited to recording, abstracting, or causing the issuance of writs or other process to enforce collection of the Order and Judgment, so long as Defendant CM Ebar LLC pays Plaintiff the outstanding judgment as follows: $9,750.00 on or before May 10, 2017, by wire transfer to McCarron & Diess Trust Account; and $9,750.00 by the 10th of each month thereafter by wire transfer to McCarron & Diess Trust Account, until the balance due of $41,538.19 is paid in full; and it is further,

**ORDERED** that in the event the Defendant CM Ebar, LLC fails to make any monthly payment as provided hereunder, upon the filing of a Declaration as to such default by Plaintiff with the Court with a copy thereof to Defendants, this Court shall immediately enter an Order Lifting the Stay of Execution on the judgment against CM Ebar, LLC in the amount of $41,538.19; and it is further,

**ORDERED** that upon receipt of the final payment due from Defendant CM Ebar, LLC, Plaintiff's attorneys shall file a Notice of Satisfaction of Judgment with the Court.

**SIGNED** this 14th day of April, 2017.

David C. Godbey
United States District Judge