**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| DAYLIGHT FOODS, INC., | § | |
| | § | |
| Plaintiff, | § | Case No. 3:17-cv-00289-N |
| | § | |
| v. | § | |
| | § | |
| CM EBAR, LLC, AKASH BHAKTA, and RONAK PARIKH, | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**AS TO DEFENDANT, CM EBAR, LLC**

---

UPON consideration of the Motion for Voluntary Dismissal Without Prejudice as to Defendant CM Ebar, LLC, and the Court finding it reasonable and appropriate to do so, it is hereby,

ORDERED, that the Motion for Voluntary Dismissal Without Prejudice as to Defendant CM Ebar, LLC be, and is hereby, granted; and it is further,

ORDERED, that this action be dismissed without prejudice as to Defendant CM Ebar, LLC.

Signed this 3rd day of August, 2018.

David C. Godbey
United States District Judge